UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **BILLY ALEXANDER** | : | **DOCKET NO. 1:22-cv-04781** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **AMERICAN SUMMIT INSURANCE CO.** | : | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 20], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that McClenny Moseley & Associates, PLLC and/or its legal successors[1] be ordered to pay defendant's attorney's fees in the amount of $3,520.00, made payable to Garrison, Yount, Forte & Mulcahy, L.L.C.

**THUS DONE AND SIGNED** in Chambers this 27th day of March, 2024.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] Recent filings on respondent's behalf have been made in the name of "MMA, PLLC (formerly known as McClenny Moseley & Associates, PLLC)." *See* Motion to Enroll as Counsel, *In re McClenny Moseley & Associates PLLC*, No. 3:23-mc-62 (W.D. La. Sept. 21, 2023).